IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL JOHN HAWTHORNE,

    Petitioner,                   No. CIV S-10-1268 MCE KJM P

   vs.

MATTHEW CATE,

    Respondent.                <u>ORDER</u>

_____/

        Good cause appearing, respondent's motion to withdraw his motion to dismiss (docket no. 14) is granted, the hearing currently set for November 3, 2010 is vacated, respondent's answer to the petition is due within thirty days of the date of this order, and petitioner's reply, if any, is due within twenty-one days of the filing of the answer.

        IT IS SO ORDERED.

DATED: November 1, 2010.

                                               _____
                                             U.S. MAGISTRATE JUDGE

2
hawt1268.ord